1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10                   EASTERN DISTRICT OF CALIFORNIA

11

NATIONAL MEAT ASSOCIATION,          )          1:08cv01963 LJO DLB

12                                                  )

                                                    )

13                                                  )

          Plaintiff,                                )          ORDER GRANTING

14                                                  )          AMERICAN MEAT ASSOCIATION'S

     vs.                                            )          EX PARTE MOTION TO INTERVENE

15                                                  )

EDMUND GERALD BROWN, et al.,         )          (Document 5)

16                                                  )

                                                    )

17                                                  )

          Defendants.                               )

18   _____ )

19          Plaintiff National Meat Association ("NMA") brought the instant action for declaratory and

20   injunctive relief on December 23, 2008.  NMA's motion for preliminary injunction is set for hearing

21   on January 28, 2009.

22          On December 24, 2008, American Meat Institute ("AMI") filed an ex parte motion for leave

23   to intervene under Federal Rule of Civil Procedure 24.  NMA filed a response on December 31,

24   2008, indicating that it did not oppose the intervention of AMI as a plaintiff.  NMA requested that

25   the hearing date for its preliminary injunction be maintained.  NMA has conferred with counsel for

26   AMI and neither party anticipates that a change in the hearing date will be necessary.

27

28                                              1

1    Therefore, pursuant to NMA's non-opposition, AMI's ex parte motion to intervene as

2 plaintiff is GRANTED.  The January 28, 2009, hearing date for the preliminary injunction SHALL

3 remain.

4

5    IT IS SO ORDERED.

6    **Dated:   January 5, 2009**                _____ **/s/ Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  2