IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>and<br><br>AMERICAN MEAT INSTITUTE,<br><br>　　　　　Plaintiff-Intervenor<br><br>　　v.<br><br>EDMUND GERALD BROWN, et. al,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-08-1963 LJO DLB<br><br>**ORDER ON *EX PARTE* APPLICATION TO EXTEND THE HEARING DATE ON THE MOTION FOR PRELIMINARY INJUNCTION** |

　　　　The Court has received and reviewed defendants' *ex parte* application for a two week extension of the hearing date on the motion for preliminary injunction. The Court has also received and reviewed plaintiff's opposition to the extension.

　　　　The Court GRANTS the request for a two week extension. The Court has nothing before it to explain why this action was brought nearly six months after section 599f was amended and/or why the motion was timed during the holiday season when counsel could be expected to be disengaged from their offices. Accordingly, the hearing on the motion for preliminary injunction is CONTINUED to February 11, 2009 at 8:00 a.m. The parties are directed to comply with Local Rule 78-230 for filing any opposition and reply papers. If counsel wish to appear at the hearing by conference call, they must arrange a one line call and TIMELY telephone the Court that morning at 559-499-5680.

IT IS SO ORDERED.

**Dated:　January 9, 2009**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE