# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION, | CASE NO. CV-F-08-1963 LJO DLB |
| Plaintiff, | **ORDER ADVANCING HEARING DATE** |
| and | |
| AMERICAN MEAT INSTITUTE, | |
| Plaintiff-Intervenor | |
| v. | |
| EDMUND GERALD BROWN, et. al, | |
| Defendants. | |

The Court's trial calendar has cleared in some small measure due to the settlement of a jury trial. Therefore, the hearing on the Motion for Preliminary Injunction and the Motion to Intervene is ADVANCED from March 16, 2009 to February 25, 2009 at 2:00 p.m. in Department 4 of this Court, based upon the representation that all parties are available on that date and at that time. The Court has read the papers filed by the parties in support of and in opposition to the Motion for Preliminary Injunction, and does not need re-argument of issues fully addressed in the papers. The Court will be prepared on the Motion to Intervene once all papers are filed. Each SIDE of the dispute will be permitted a maximum of 30 minutes of oral argument. The parties may appear at the hearing either in person or by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

Dated: **February 11, 2009**        /s/ **Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE