| | |
|---|---|
| 1 | KENT J. SCHMIDT (SBN 195969) |
| | schmidt.kent@dorsey.com |
| 2 | ZACHARY BULTHUIS (SBN 223825) |
| | bulthuis.zach@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
| | 38 Technology Drive, Suite 100 |
| 4 | Irvine, California 92618-5310 |
| | Telephone: (949) 932-3600 |
| 5 | Facsimile: (949) 932-3601 |
| 6 | STEVEN J. WELLS (admitted *pro hac vice*) |
| | wells.steve@dorsey.com |
| 7 | HEATHER M. MCCANN (admitted *pro hac vice*) |
| | mccann.heather@dorsey.com |
| 8 | TIMOTHY J. DROSKE (admitted *pro hac vice*) |
| | droske.tim@dorsey.com |
| 9 | DORSEY & WHITNEY LLP |
| | 50 South Sixth Street, Suite 1500 |
| 10 | Minneapolis, Minnesota 55402-1498 |
| | Telephone: (612) 340-2600 |
| 11 | Facsimile: (612) 340-2868 |

Attorneys for Plaintiff
NATIONAL MEAT ASSOCIATION

MICHELE B. CORASH (CA SBN 103653)
MCorash@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
JESSICA OWLEY LIPPMAN (CA SBN 251406)
JLippman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

Attorneys for Plaintiff-Intervenor
AMERICAN MEAT INSTITUTE

EDMUND G. BROWN JR. (CA SBN 37100)
Attorney General of the State of California
CHRISTOPHER E. KRUEGER (CA SBN 173288)
Senior Assistant Attorney General
DOUGLAS J. WOODS (CA SBN 161531)
Supervising Deputy Attorney General
SUSAN K. LEACH (CA SBN 231575)
Susan.Leach@doj.ca.gov
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Telephone: (213) 897-2105
Facsimile: (213) 897-1071

Attorneys for Defendants
GOVERNOR ARNOLD SCHWARZENEGGER,

1 ATTORNEY GENERAL EDMUND G. BROWN JR.
and STATE OF CALIFORNIA

SARAH L. CONANT (admitted *pro hac vice*)
sconant@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone: (202) 452-1100
Facsimile: (202) 778-6132

PETER A. BRANDT (CA SBN 241287)
pbrandt@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
820 21st Street #B
Sacramento, California 95811
Telephone: (202) 452-1100

BRUCE A. WAGMAN (CA SBN 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (410) 901-8701

Attorneys for Defendant-Intervenors
THE HUMANE SOCIETY OF THE UNITED
STATES, FARM SANCTUARY INC., HUMANE
FARMING ASSOCIATION, and ANIMAL LEGAL
DEFENSE FUND

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION, a not-for-profit corporation,<br><br>Plaintiff,<br><br>and<br><br>AMERICAN MEAT INSTITUTE, a not-for-profit corporation,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>EDMUND G. BROWN Jr., in his official capacity as Attorney General of California, ARNOLD SCHWARZENEGGER, in his | CASE NO: 1:08-cv-01963-LJO-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING INTERLOCUTORY APPEAL<br><br>Magistrate Judge: Hon. Dennis L. Beck |

official capacity as Governor of California, and the STATE OF CALIFORNIA,

    Defendants,

and

THE HUMANE SOCIETY OF THE UNITED STATES, FARM SANCTUARY INC., HUMANE FARMING ASSOCIATION, and ANIMAL LEGAL DEFENSE FUND,

    Defendant-Intervenors.

The Joint Stipulation to Stay All Proceedings Pending Interlocutory Appeal brought by Plaintiff National Meat Association, Plaintiff-Intervenor American Meat Institute, Defendants Attorney General Edmund G. Brown Jr., Governor Arnold Schwarzenegger and the State of California, and Defendant-Intervenors the Humane Society of the United States, Farm Sanctuary Inc., Humane Farming Association and Animal Legal Defense Fund was filed before this Court on April 1, 2009, the Honorable Dennis L. Beck presiding.

Upon consideration of all parties' Joint Stipulation, IT IS HEREBY ORDERED that all proceedings in this action are STAYED pending the resolution of Defendants' and Defendant-Intervenors' appeal of this Court's preliminary injunction order dated February 19, 2009 ("the Preliminary Injunction Order") to the Ninth Circuit Court of Appeals. IT IS HEREBY FURTHER ORDERED that the Preliminary Injunction Order remains in full force and effect unless and until modified by this Court or the Court of Appeals. IT IS HEREBY FURTHER ORDERED that Plaintiff National Meat Association's Motion to Stay Discovery, scheduled for hearing on April 17, 2009, is moot and therefore shall be taken off the hearing calendar. IT IS HEREBY FURTHER ORDERED that a status conference for this case has been scheduled before the Honorable Dennis L. Beck on September 2, 2009 at 9:00 a.m. in Courtroom 9, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

/s/ *Dennis L. Beck*
HONORABLE DENNIS L. BECK
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN DISTRICT OF
CALIFORNIA