KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
ZACHARY BULTHUIS (SBN 223825)
bulthuis.zach@dorsey.com
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, California 92618-5310
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601

STEVEN J. WELLS (admitted *pro hac vice*)
wells.steve@dorsey.com
HEATHER M. MCCANN (admitted *pro hac vice*)
mccann.heather@dorsey.com
TIMOTHY J. DROSKE (admitted *pro hac vice*)
droske.tim@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Attorneys for Plaintiff
NATIONAL MEAT ASSOCIATION

MICHELE B. CORASH (CA SBN 103653)
MCorash@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
JESSICA OWLEY LIPPMAN (CA SBN 251406)
JLippman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000

Attorneys for Plaintiff-Intervenor
AMERICAN MEAT INSTITUTE

EDMUND G. BROWN JR. (CA SBN 37100)
Attorney General of the State of California
CHRISTOPHER E. KRUEGER (CA SBN 173288)
Senior Assistant Attorney General
DOUGLAS J. WOODS (CA SBN 161531)
Supervising Deputy Attorney General
SUSAN K. LEACH (CA SBN 231575)
Susan.Leach@doj.ca.gov
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Telephone:  (213) 897-2105
Facsimile:  (213) 897-1071

Attorneys for Defendants
GOVERNOR ARNOLD SCHWARZENEGGER,

ATTORNEY GENERAL EDMUND G. BROWN JR.
and STATE OF CALIFORNIA

SARAH L. CONANT (admitted *pro hac vice*)
sconant@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone: (202) 452-1100
Facsimile: (202) 778-6132

PETER A. BRANDT (CA SBN 241287)
pbrandt@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
820 21st Street #B
Sacramento, California 95811
Telephone: (202) 452-1100

BRUCE A. WAGMAN (CA SBN 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (410) 901-8701

Attorneys for Defendant-Intervenors
THE HUMANE SOCIETY OF THE UNITED
STATES, FARM SANCTUARY INC., HUMANE
FARMING ASSOCIATION, and ANIMAL LEGAL
DEFENSE FUND

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION, a not-for-profit corporation,<br><br>    Plaintiff,<br><br>and<br><br>AMERICAN MEAT INSTITUTE, a not-for-profit corporation,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>EDMUND G. BROWN Jr., in his official capacity as Attorney General of California, ARNOLD SCHWARZENEGGER, in his | CASE NO: 1:08-cv-01963-LJO-DLB<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Magistrate Judge: Hon. Dennis L. Beck |

official capacity as Governor of California, and the STATE OF CALIFORNIA,

Defendants,

and

THE HUMANE SOCIETY OF THE UNITED STATES, FARM SANCTUARY INC., HUMANE FARMING ASSOCIATION, and ANIMAL LEGAL DEFENSE FUND,

Defendant-Intervenors.

Plaintiff National Meat Association, Plaintiff-Intervenor American Meat Institute, Defendants Attorney General Edmund G. Brown Jr., Governor Arnold Schwarzenegger and the State of California, and Defendant-Intervenors the Humane Society of the United States, Farm Sanctuary Inc., Humane Farming Association and Animal Legal Defense Fund hereby stipulate and jointly move this Court to have the status conference in this action moved from its currently-scheduled date of January 27, 2010 to a new date of March 25, 2010, at 9:30 a.m. in Courtroom 9, 2500 Tulare Street, Fresno, California.

By prior joint stipulation the parties to this matter have stayed all proceedings in this action in this Court pending resolution of Defendants' and Defendant-Intervenors' appeal of this Court's preliminary injunction order dated February 19, 2009. Order (Apr. 2, 2009). In light of the fact that the Ninth Circuit Court of Appeals has not yet ruled on the appeal, the parties request this continuance.

Respectfully submitted,

DORSEY & WHITNEY LLP

Date: January 21, 2010                By: _____/s/_____
                                         STEVEN J. WELLS
                                         HEATHER M. McCANN
                                      Attorneys for Plaintiff
                                      National Meat Association

MORRISON & FOERSTER LLP

Date: January 21, 2010                By:           /s/
                                         WILLIAM F. TARANTINO
                                      Attorneys for Plaintiff-Intervenor
                                      American Meat Association

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF THE
   STATE OF CALIFORNIA

Date: January 21, 2010                By:           /s/
                                         SUSAN K. LEACH
                                      Attorneys for Defendants
                                      Governor Arnold Schwarzenegger, Attorney General
                                      Edmund G. Brown, Jr., and State of California

THE HUMANE SOCIETY OF THE
   UNITED STATES

Date: January 21, 2010                By:           /s/
                                         SARAH L. CONANT
                                         PETER A. BRANDT
                                         BRUCE A. WAGMAN
                                      Attorneys for Defendant-Intervenors
                                      The Humane Society of the United States, Farm
                                      Sanctuary Inc., Humane Farming Association, and
                                      Animal Legal Defense Fund

### ORDER

IT IS HEREBY ORDERED that the status conference in this case scheduled for January 27, 2010 be rescheduled for March 25, 2010, at 9:30 a.m. in Courtroom 9, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

   Dated:   **January 23, 2010**                    /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE