| | |
|---|---|
| 1 | KENT J. SCHMIDT (SBN 195969) |
| | schmidt.kent@dorsey.com |
| 2 | ZACHARY BULTHUIS (SBN 223825) |
| | bulthuis.zach@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
| | 38 Technology Drive, Suite 100 |
| 4 | Irvine, California 92618-5310 |
| | Telephone: (949) 932-3600 |
| 5 | Facsimile: (949) 932-3601 |
| 6 | STEVEN J. WELLS (admitted *pro hac vice*) |
| | wells.steve@dorsey.com |
| 7 | HEATHER M. MCCANN (admitted *pro hac vice*) |
| | mccann.heather@dorsey.com |
| 8 | TIMOTHY J. DROSKE (admitted *pro hac vice*) |
| | droske.tim@dorsey.com |
| 9 | DORSEY & WHITNEY LLP |
| | 50 South Sixth Street, Suite 1500 |
| 10 | Minneapolis, Minnesota 55402-1498 |
| | Telephone: (612) 340-2600 |
| 11 | Facsimile: (612) 340-2868 |
| 12 | Attorneys for Plaintiff |
| | NATIONAL MEAT ASSOCIATION |
| 13 | |
| | MICHELE B. CORASH (CA SBN 103653) |
| 14 | MCorash@mofo.com |
| | WILLIAM F. TARANTINO (CA SBN 215343) |
| 15 | WTarantino@mofo.com |
| | JESSICA OWLEY LIPPMAN (CA SBN 251406) |
| 16 | JLippman@mofo.com |
| | MORRISON & FOERSTER LLP |
| 17 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 18 | Telephone: (415) 268-7000 |
| 19 | Attorneys for Plaintiff-Intervenor |
| | AMERICAN MEAT INSTITUTE |
| 20 | |
| | EDMUND G. BROWN JR. (CA SBN 37100) |
| 21 | Attorney General of the State of California |
| | JONATHAN K. RENNER (CA SBN 187138) |
| 22 | Senior Assistant Attorney General |
| | DOUGLAS J. WOODS (CA SBN 161531) |
| 23 | Supervising Deputy Attorney General |
| | SUSAN K. LEACH (CA SBN 231575) |
| 24 | Susan.Leach@doj.ca.gov |
| | Deputy Attorney General |
| 25 | 300 South Spring Street, Suite 1702 |
| | Los Angeles, California 90013 |
| 26 | Telephone: (213) 897-2105 |
| | Facsimile: (213) 897-1071 |
| 27 | |
| | Attorneys for Defendants |
| 28 | GOVERNOR ARNOLD SCHWARZENEGGER |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | ATTORNEY GENERAL EDMUND G. BROWN JR.<br>and STATE OF CALIFORNIA<br><br>SARAH L. CONANT (admitted *pro hac vice*)<br>sconant@humanesociety.org<br>THE HUMANE SOCIETY OF THE UNITED STATES<br>2100 L Street, NW<br>Washington, DC 20037<br>Telephone: (202) 452-1100<br>Facsimile: (202) 778-6132<br><br>PETER A. BRANDT (CA SBN 241287)<br>pbrandt@humanesociety.org<br>THE HUMANE SOCIETY OF THE UNITED STATES<br>820 21st Street #B<br>Sacramento, California 95811<br>Telephone: (202) 452-1100<br><br>BRUCE A. WAGMAN (CA SBN 159987)<br>BWagman@schiffhardin.com<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 901-8700<br>Facsimile: (410) 901-8701<br><br>Attorneys for Defendant-Intervenors<br>THE HUMANE SOCIETY OF THE UNITED<br>STATES, FARM SANCTUARY INC., HUMANE<br>FARMING ASSOCIATION, and ANIMAL LEGAL<br>DEFENSE FUND<br><br>**UNITED STATES DISTRICT COURT**<br><br>**FOR THE EASTERN DISTRICT OF CALIFORNIA**<br><br>**FRESNO DIVISION** |

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION, a not-for-profit corporation,<br><br>Plaintiff,<br><br>and<br><br>AMERICAN MEAT INSTITUTE, a not-for-profit corporation,<br><br>Plaintiff-Intervenor,<br><br>v. | CASE NO: 1:08-cv-01963-LJO-DLB<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Magistrate Judge: Hon. Dennis L. Beck |

| | |
|---|---|
| 1 | EDMUND GERALD BROWN, in his official capacity as Attorney General of California, ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, and the STATE OF CALIFORNIA, |
| 2 | |
| 3 | |
| 4 | Defendants, |
| 5 | and |
| 6 | THE HUMANE SOCIETY OF THE UNITED STATES, FARM SANCTUARY INC., HUMANE FARMING ASSOCIATION, and ANIMAL LEGAL DEFENSE FUND, |
| 7 | |
| 8 | Defendant-Intervenors. |

Plaintiff National Meat Association, Plaintiff-Intervenor American Meat Institute, Defendants Attorney General Edmund G. Brown Jr., Governor Arnold Schwarzenegger and the State of California, and Defendant-Intervenors the Humane Society of the United States, Farm Sanctuary Inc., Humane Farming Association and Animal Legal Defense Fund hereby stipulate and jointly move this Court to have the status conference in this action moved from its currently-scheduled date of March 25, 2010 to a new date of June 1, 2010, at 9:30 a.m. in Courtroom 9, 2500 Tulare Street, Fresno, California.

By prior joint stipulation the parties to this matter have stayed all proceedings in this action in this Court pending resolution of Defendants' and Defendant-Intervenors' appeal of this Court's preliminary injunction order dated February 19, 2009. Order (Apr. 2, 2009). In light of the fact that the Ninth Circuit Court of Appeals has not yet ruled on the appeal, the parties request this continuance.

Respectfully submitted,

DORSEY & WHITNEY LLP

Date: March 18, 2010          By: *s/Heather M. McCann*
                                                                 STEVEN J. WELLS
                                                                 HEATHER M. McCANN
                                                              Attorneys for Plaintiff
                                                               National Meat Association

MORRISON & FOERSTER LLP

Date: March 18, 2010     By: *s/William F. Tarantino*
                             WILLIAM F. TARANTINO
                         Attorneys for Plaintiff-Intervenor
                         American Meat Association


EDMUND G. BROWN JR.
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

Date: March 18, 2010     By: *s/Susan K. Leach*
                             SUSAN K. LEACH
                         Attorneys for Defendants
                         Governor Arnold Schwarzenegger, Attorney General
                         Edmund G. Brown, Jr., and State of California


THE HUMANE SOCIETY OF THE UNITED STATES

Date: March 18, 2010     By: *s/Sarah L. Conant*
                             SARAH L. CONANT
                             PETER A. BRANDT
                             BRUCE A. WAGMAN
                         Attorneys for Defendant-Intervenors
                         The Humane Society of the United States, Farm
                         Sanctuary Inc., Humane Farming Association, and
                         Animal Legal Defense Fund

## **ORDER**

IT IS HEREBY ORDERED that the status conference in this case scheduled for March 25, 2010 be rescheduled for June 1, 2010, at 9:30 a.m. in Courtroom 9, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated: **March 18, 2010**     /s/ *Dennis L. Beck*
                              UNITED STATES MAGISTRATE JUDGE