1  KENT J. SCHMIDT (SBN 195969)
   schmidt.kent@dorsey.com
2  ZACHARY BULTHUIS (SBN 223825)
   bulthuis.zach@dorsey.com
3  DORSEY & WHITNEY LLP
   38 Technology Drive, Suite 100
4  Irvine, California  92618-5310
   Telephone:  (949) 932-3600
5  Facsimile:  (949) 932-3601

6  STEVEN J. WELLS (admitted *pro hac vice*)
   wells.steve@dorsey.com
7  HEATHER M. MCCANN (admitted *pro hac vice*)
   mccann.heather@dorsey.com
8  TIMOTHY J. DROSKE (admitted *pro hac vice*)
9  droske.tim@dorsey.com
   DORSEY & WHITNEY LLP
10 50 South Sixth Street, Suite 1500
   Minneapolis, Minnesota  55402-1498
11 Telephone:  (612) 340-2600
   Facsimile:  (612) 340-2868
12
   Attorneys for Plaintiff
13 NATIONAL MEAT ASSOCIATION

14 MICHELE B. CORASH (CA SBN 103653)
   MCorash@mofo.com
15 WILLIAM F. TARANTINO (CA SBN 215343)
16 WTarantino@mofo.com
   JESSICA OWLEY LIPPMAN (CA SBN
17 251406)
   JLippman@mofo.com
18 MORRISON & FOERSTER LLP
   425 Market Street
19 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
20
   Attorneys for Plaintiff-Intervenor
21 AMERICAN MEAT INSTITUTE

22 EDMUND G. BROWN JR. (CA SBN 37100)
   Attorney General of the State of California
23 JONATHAN K. RENNER (CA SBN 187138)
   Senior Assistant Attorney General
24 DOUGLAS J. WOODS (CA SBN 161531)
   Supervising Deputy Attorney General
25 SUSAN K. LEACH (CA SBN 231575)
   Susan.Leach@doj.ca.gov
26 Deputy Attorney General
   300 South Spring Street, Suite 1702
27 Los Angeles, California  90013
   Telephone:  (213) 897-2105
28 Facsimile:  (213) 897-1071

[PROPOSED] ORDER FOR JOINT STIPULATION RESCHEDULING STATUS CONFERENCE
CASE NO:  1:08-cv-01963-LJO-DLB

Attorneys for Defendants
GOVERNOR ARNOLD SCHWARZENEGGER
ATTORNEY GENERAL EDMUND G. BROWN JR. and STATE OF CALIFORNIA

SARAH L. CONANT (admitted *pro hac vice*)
sconant@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC  20037
Telephone:  (202) 452-1100
Facsimile:  (202) 778-6132

PETER A. BRANDT (CA SBN 241287)
pbrandt@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
820 21st Street #B
Sacramento, California  95811
Telephone:  (202) 452-1100

BRUCE A. WAGMAN (CA SBN 159987)
BWagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, California  94105
Telephone:  (415) 901-8700
Facsimile:  (410) 901-8701

Attorneys for Defendant-Intervenors
THE HUMANE SOCIETY OF THE UNITED STATES, FARM SANCTUARY INC., HUMANE FARMING ASSOCIATION, and ANIMAL LEGAL DEFENSE FUND

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| NATIONAL MEAT ASSOCIATION, a not-for-profit corporation,<br><br>Plaintiff,<br><br>and<br><br>AMERICAN MEAT INSTITUTE, a not-for-profit corporation,<br><br>Plaintiff-Intervenor, | CASE NO:  1:08-cv-01963-LJO-DLB<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Magistrate Judge:  Hon. Dennis L. Beck |

v.

EDMUND GERALD BROWN, in his official capacity as Attorney General of California, ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, and the STATE OF CALIFORNIA,

Defendants,

and

THE HUMANE SOCIETY OF THE UNITED STATES, FARM SANCTUARY INC., HUMANE FARMING ASSOCIATION, and ANIMAL LEGAL DEFENSE FUND,

Defendant-Intervenors.

## **ORDER**

IT IS HEREBY ORDERED that in light of the Order of the Ninth Circuit Court of Appeals staying the mandate pending NMA's timely petition for certiorari, the status conference scheduled for June 1, 2010 is postponed until further notice.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **May 27, 2010**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR JOINT STIPULATION RESCHEDULING STATUS CONFERENCE
CASE NO:  1:08-cv-01963-LJO-DLB